02-11-065-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00065-CV

 

 


 
 
 Nancy Allor
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Sneaky Pete's, Sneaky Pete's Enterprises, Sneaky
 Pete's Restaurant & Club, Inc., and Barbara Adams
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 393rd
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion To Dismiss Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL: 
WALKER,
MCCOY, and MEIER, JJ. 


 

DELIVERED:
 March 24, 2011









[1]See Tex. R. App. P. 47.4.